PER CURIAM.
Affirmed. King v. State, 436 So.2d 50 (Fla.1983), cert. denied, — U.S. -, 104 S.Ct. 1690, 80 L.Ed.2d 163 (1984); Sireci v. State, 399 So.2d 964 (Fla.1981), cert. denied, 456 U.S. 984, 102 S.Ct. 2257, 72 L.Ed.2d 862, reh’g denied, 458 U.S. 1116, 102 S.Ct. 3500, 73 L.Ed.2d 1378 (1982); Williams v. State, 110 So.2d 654 (Fla.1959), cert. denied, 361 U.S. 847, 80 S.Ct. 102, 4 L.Ed.2d 86 (1959); Adan v. State, 453 So.2d 1195 (Fla. 3d DCA 1984); Clark v. State, 378 So.2d 1315 (Fla. 3d DCA 1980).